UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  25cr10005 |
| v. | Violation: |
| YANCARLOS MARTE MOREL, | Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl (21 U.S.C. § 846) |
| Defendant | Drug Forfeiture Allegation: (21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Conspiracy to Distribute and to
Possess with Intent to Distribute Fentanyl
(21 U.S.C. § 846)

The United States Attorney charges:

From on or about July 17, 2024, through on or about July 18, 2024, in Boston, in the District of Massachusetts, and in the Eastern District of Pennsylvania, and elsewhere, the defendant,

YANCARLOS MARTE MOREL,

conspired with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.    Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendant,

YANCARLOS MARTE MOREL,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant - -

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

JOSHUA S. LEVY

United States Attorney

By:    _____

Samuel R. Feldman
Assistant United States Attorney